UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN DEAN HILL,<br><br>Plaintiff,<br><br>v.<br><br>PAYNE, et al.,<br><br>Defendants. | No. 2:25-cv-0433 DAD CKD P<br><br><br><br>ORDER |

Plaintiff has filed a request for an extension of time to an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's June 24, 2025, findings and recommendations are VACATED.

2. Plaintiff's request for an extension of time to file an amended complaint (ECF No. 14) is GRANTED.

3. Plaintiff's amended complaint must be filed within 30 days. Failure to do so will result in a recommendation that this action be dismissed.

4. The Clerk of the Court is directed to send plaintiff a copy of his complaint, ECF No. 1.

Dated: July 8, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hill0433.mfe