UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN DEAN HILL,<br><br>Plaintiff,<br><br>v.<br><br>LT. PAYNE, et al.,<br><br>Defendants. | No. 2:25-cv-0433 DAD CKD P<br><br><br><br>ORDER |

On August 25, 2025, the court recommended that this action be dismissed for plaintiff's failure to file an amended complaint. Plaintiff asserts he sent the amended complaint to the court. The court has no record of that. Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's August 25, 2025, findings and recommendations (ECF No. 16) are VACATED.
2. Plaintiff is granted thirty days within which to file his amended complaint.
3. Plaintiff's failure to file an amended complaint within thirty days will result in a recommendation that this action be dismissed.

Dated: September 30, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hill0433.36(2)