UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN DEAN HILL,<br><br>    Plaintiff,<br><br>   v.<br><br>LT. PAYNE, et al.,<br><br>    Defendants. | No.  2:25-cv-0433 DAD CKD P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

On May 14, 2025, plaintiff's complaint was dismissed with leave to amend.  The amended complaint was due on October 30, 2025.  Plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

/////

/////

/////

1

time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 12, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hill0433.fta(2)

2