UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN DEAN HILL,<br><br>Plaintiff,<br><br>v.<br><br>PAYNE, et al.,<br><br>Defendants. | No. 2:25-cv-0433 DAD CKD P<br><br><br><br>ORDER |

  Plaintiff is an El Dorado County Jail detainee proceeding pro se with a civil action. On May 14, 2025, plaintiff's complaint was dismissed with leave to file an amended complaint. The court has twice extended the deadline for plaintiff to file an amended complaint. The amended complaint was due October 30, 2025. Because plaintiff did not file an amended complaint by that date, the court issued Findings and Recommendations on November 12, 2025, recommending dismissal.

  In a document filed November 21, 2025, plaintiff claims he "amended and sent back" his on October 9, 2025. (ECF No. 21.) While not entirely clear, plaintiff suggests that El Dorado County Jail Staff refused to mail the amended complaint. Plaintiff "demand[s} a restraining order or temporary injunctive relief." Id. He does not identify what form that should take, to whom it should be directed, nor does he provide any evidence, other than self-serving statements, that anyone at the El Dorado County Jail has interfered with his mail.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's November 12, 2025, findings and recommendations are VACATED;

2. Plaintiff is granted 30 days within which to file an amended complaint. If plaintiff cannot submit an amended complaint because of El Dorado County Jail staff interference, plaintiff shall, within 30 days, identify the staff allegedly interfering and the nature of the interference. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

3. Plaintiff's request that the court issue a "restraining order" or "temporary injunctive relief" (ECF No. 21) is DENIED.

Dated: November 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hill0433.vfrs

2