UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN DEAN HILL, | No.  2:25-cv-0433 DAD CKD P |
| Plaintiff, | |
| v. | |
| LT. PAYNE, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

On May 14, 2025, plaintiff's complaint was dismissed with leave to amend.  After granting extensions to file the amended complaint, the amended complaint was due December 29, 2025.  Plaintiff has not filed an amended complaint.

Plaintiff has alleged that actions by the employees at the El Dorado County Jail have obstructed his ability to send the court his amended complaint.  In the court's latest order granting plaintiff an extension of time to file an amended complaint, the court ordered "[i]f plaintiff cannot submit an amended complaint because of El Dorado County Jail staff interference, plaintiff shall, within 30 days, identify the staff allegedly interfering and the nature of the interference."

In documents filed December 4 and 15, 2025, plaintiff again complains about the actions of El Dorado County Jail employees.  However, he does not point to anything specific concerning interference as to the filing of an amended complaint as the court ordered.

/////

1

Because plaintiff has not filed an amended complaint nor complied with the terms of the court's May 14, 2025, order, the court recommends that this action be dismissed.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 20, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hill0433.fta(2)

2